NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LG ELECTRONICS, INC.,**
*Appellant*

**v.**

**TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION,**
*Appellee*

———————————

2015-1822

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00204.

———————————

**JUDGMENT**

———————————

STEVEN M. LIEBERMAN, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC, argued for appellant. Also represented by MICHAEL VINCENT BATTAGLIA.

JOSEPH A. RHOA, Nixon & Vanderhye P.C., Arlington, VA, argued for appellee. Also represented by UPDEEP GILL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, PLAGER, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 13, 2016               /s/ Peter R. Marksteiner
     Date                       Peter R. Marksteiner
                                Clerk of Court